# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Genius Brands International, Inc. Securities Litigation | Master File No.: CV 20-7457 DSF (RAOx)<br><br>**ORDER SETTING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Judge: Hon. Dale S. Fischer<br>Location: Courtroom 7D<br><br>Trial Date: None Set<br>Date Action Filed: August 18, 2020 |

Lead Plaintiffs Ali Alavi and A Legacy Foundation and Defendants Genius Brands International, Inc., Andy Heyward, and Robert Denton (collectively "Defendants" and, with Lead Plaintiffs, the "Parties"), by and through their respective counsel of record, have stipulated to the following:

1. Defendants shall move against, answer, or otherwise respond to Lead Plaintiffs' Second Amended Complaint on or before **November 22, 2021**;

2. If Defendants move to dismiss the Second Amended Complaint, Lead Plaintiffs shall file their opposition to the motion to dismiss on or before **January 18, 2022**;

3. Defendants shall file any reply in further support of any motion to dismiss on or before **February 28, 2022**;

4. Defendants shall notice any motion to dismiss for hearing on the Court's regular civil law and motion calendar for **1:30 p.m. on Monday, March 21, 2022**.

5. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be deferred for the duration of the stay of discovery and other proceedings provided for in the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(3)(B).

Good cause appearing, the Parties' request for an order confirming their stipulation as described above is GRANTED.

**IT IS SO ORDERED.**

Dated: October 7, 2021

Honorable Dale S. Fischer
United States District Judge

1