JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Genius Brands International, Inc. Securities Litigation | CV 20-7457 DSF (RAOx) <br><br> JUDGMENT |

The Court having granted Defendants' motion to dismiss Plaintiffs' Second Amended Complaint,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: July 15, 2022

Dale S. Fischer
United States District Judge